NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARQUIS ERIC WHITE,⁣ )
⁣ )
      Appellant,⁣ )
⁣ )
v.⁣ )⁣    Case No. 2D16-5190
⁣ )
STATE OF FLORIDA,⁣ )
⁣ )
      Appellee.⁣ )
_____ )

Opinion filed May 9, 2018.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew D. Bernstein, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

      Affirmed.

LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.